NO. 07-11-00198-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
JUNE 9, 2011
--------------------------------------------------------------------------------

 
 PLAINS BUILDERS, INC., ET AL, APPELLANTS
 
 v.
 
 STEEL SOURCE, INC., ET AL, APPELLEES 
--------------------------------------------------------------------------------

 
 FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;
 
 NO. 95,423-C; HONORABLE ANA ESTEVEZ, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 ORDER

Appellants Plains Builders, Inc. and Travelers Casualty & Surety Company of America have filed a motion requesting a thirty day abatement of this appeal so that additional or amended findings of fact and conclusions of law may be requested. See Tex. R. Civ. P. 298. A certificate of conference attached to the motion indicates appellees Steel Source, Inc. and Steel Source, a division of Lloyd N. Moreau, L.L.C., agree with the requested abatement. According to the motion, appellants timely requested findings and gave timely notice of past due findings. They did not receive a copy of findings from the trial court, however. See Tex. R. Civ. P. 297. Subsequently, while preparing the clerk's record, appellants discovered the trial court had filed findings. 
 We abate the appeal and remand the cause to the trial court solely for the purpose of allowing the parties an opportunity to request additional or amended findings of fact and conclusions of law. Cf. Tex. R. App. P. 44.4. Within ten days of the date of this order, any party may request additional or amended findings of fact and conclusions of law under Rule of Civil Procedure 298. Tex. R. Civ. P. 298. If a party requests additional or amended findings and conclusions, the parties and the trial court shall proceed according to Rule 298. The trial court and parties shall ensure that the clerk's record, when filed, includes any request for additional or amended findings and all responsive documents signed by the trial court. 
 The abatement herein ordered will dissolve automatically on July 11, 2011, and the appeal will thereupon be reinstated, without further notice. The record shall be filed on or before August 15, 2011.
 It is so ordered.
 Per Curiam